**No. 10-8261. John Patrick Henretta, Petitioner v. Tennessee.**

563 U.S. 919, 131 S. Ct. 1816, 179 L. Ed. 2d 776, 2011 U.S. LEXIS 2671.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Eastern Division, denied.

Same case below, 325 S.W.3d 112.

**No. 10-8374. Paul N. Farmer, Petitioner v. Alaska, et al.**

563 U.S. 919, 131 S. Ct. 1816, 179 L. Ed. 2d 776, 2011 U.S. LEXIS 2711.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of Alaska denied.

Same case below, 235 P.3d 1012.

**No. 10-8694. Lester Eiland, Petitioner v. Randall E. Britton, Superintendent, State Correctional Institution at Houtzdale, et al.**

563 U.S. 919, 131 S. Ct. 1817, 179 L. Ed. 2d 776, 2011 U.S. LEXIS 2788.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8695. Earl Joseph Loose, Petitioner v. Colorado Mental Health Institute at Pueblo, et al.**

563 U.S. 919, 131 S. Ct. 1817, 179 L. Ed. 2d 776, 2011 U.S. LEXIS 2668.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-8700. David Miles Bright, Petitioner v. Maryland.**

563 U.S. 919, 131 S. Ct. 1817, 179 L. Ed. 2d 776, 2011 U.S. LEXIS 2696.

April 4, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 192 Md. App. 780.

**No. 10-8705. Thresa Lynn Williams, Petitioner v. ALFA Insurance Companies.**

563 U.S. 919, 131 S. Ct. 1817, 179 L. Ed. 2d 776, 2011 U.S. LEXIS 2742.

April 4, 2011. Petition for writ of certiorari to the Court of Civil Appeals of Alabama denied.

Same case below, 84 So. 3d 172.

**No. 10-8709. Robert Lee Bean, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 919, 131 S. Ct. 1817, 179 L. Ed. 2d 776, 2011 U.S. LEXIS 2692.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8710. Donnell Wayne Price, Petitioner v. Washington.**

563 U.S. 920, 131 S. Ct. 1818, 179 L. Ed. 2d 776, 2011 U.S. LEXIS 2732.

April 4, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 154 Wash. App. 480, 228 P.3d 1276.